**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                    CASE NO: 3:13-cr-100-J-32JRK

JOHN EDWIN CORN, JR.

_____

**ORDER**

This case is before the Court on the Defendant's Motion <u>In</u> <u>Limine</u> to Exclude the In-Court and Out-of-Court Identification of John Edwin Corn by Kenneth Bellido (Doc. 40) and the Government's response (Doc. 41).   In his motion, Defendant seeks to exclude the out-of-court identification of Defendant by Kenneth Bellido on November 8, 2012, as well as any in-court identification by Bellido.   On February 10, 2014, United States Magistrate Judge James R. Klindt held an evidentiary hearing on the motion, in which he heard testimony from Bellido and the responding officer, Deputy Ryan Flinn of the Orange County Sheriff's Office, and heard argument from counsel on the motion.   (Doc. 62.)

On February 14, 2014, upon review of the parties' filings and the testimony from the evidentiary hearing, Magistrate Judge Klindt issued a Report and Recommendation recommending that the Motion be granted in part and denied in part.   (Doc. 59.)   In particular, the Report and Recommendation concluded that Bellido's out-of-court identification of Defendant should be excluded as the unreliable result of an unduly suggestive identification procedure (<u>id.</u> at 18-19), but that Bellido should be permitted to identify Defendant in court during trial because his

identification at the evidentiary hearing was reliable and not improperly tainted by the prior out-of-court identification (id. at 19-21).

With the parties' agreement, Magistrate Judge Klindt ordered any objections to the Report and Recommendation to be filed no later than February 20, 2014, and any responses to be filed no later than February 24, 2014.   (Id. at 1 n.1); see Fed. R. Crim. P. 59(a).   The deadline to file objections has now passed, and neither side has filed any.   Failure to timely object waives a party's right to review of the Report and Recommendation.   Fed. R. Crim. P. 59(a).

Upon independent review, the Court adopts the result of the Report and Recommendation.   Additionally, though neither party directed Magistrate Judge Klindt or the undersigned to this authority, the result reached by the Report and Recommendation is consistent with the United States Supreme Court's recent decision in Perry v. New Hampshire, 132 S. Ct. 716, 726 (2012) and the Eleventh Circuit's recent decision in United States v. Whatley, 719 F.3d 1206 (11th Cir. 2013).

Accordingly, it is hereby

**ORDERED:**

1.     The result reached by the Report and Recommendation (Doc. 59) of the Magistrate Judge is **ADOPTED**.

2.     Defendant's Motion In Limine to Exclude the In-Court and Out-of-Court Identification of John Edwin Corn by Kenneth Bellido (Doc. 40) is **GRANTED in part** and **DENIED in part**.   The motion is granted to the extent that the November 8, 2012 out-of-court identification by Kenneth Bellido is excluded.   The motion is denied

to the extent that it seeks to preclude Bellido from identifying the Defendant in-court at trial.

**DONE AND ORDERED** at Jacksonville, Florida this 28th day of April, 2014.

TIMOTHY J. CORRIGAN
United States District Judge

bjb.
Copies:

Honorable James R. Klindt
United States Magistrate Judge

Jay Carl Taylor, AUSA
Susan Good Yazgi, Esquire